NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TERRANCE PORTER,                    )
                                    )
        Appellant,                  )
                                    )
v.                                  )        Case No.  2D17-4156
                                    )
STATE OF FLORIDA,                   )
                                    )
        Appellee.                   )
_____)

Opinion filed May 11, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Frank Quesada, Judge.

Terrance Porter, pro se.


PER CURIAM.

        Affirmed.



SILBERMAN, CRENSHAW, and BADALAMENTI, JJ., Concur.